IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SMALL BUSINESS LOAN SOURCE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 05-0614-WS-C |
| | ) |
| F/V CAPTAIN RICHARD, etc., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The defendants have filed a motion to dismiss. (Doc. 12). Because the motion is unaccompanied by a brief as required by Local Rule 7.1(a), the motion is **denied**, without prejudice to the defendants' ability to file a motion in compliance with court rules.

DONE and ORDERED this 21st day of November, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE